1 | SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4 | TAREK HELOU (CABN 218225)
    Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7071

7 | Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

8

9 | Attorneys for Plaintiff

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,    )    No. CR 07-70649-MAG
                                  )
16 |        Plaintiff,             )
                                  )
17 |    v.                         )    NOTICE OF SUBSTITUTION OF
                                  )    COUNSEL
18 | FRANCISCO ACOSTA-ROJAS,       )
                                  )
19 |        Defendant.             )
     _____ )

20

21

22 |        TO THE CLERK OF THE COURT AND TO ALL PARTIES:

23 |        PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of

24 | Tarek Helou, Assistant United States Attorney, and to withdraw the appearance of Derek Owens,

25 | the Assistant United States Attorney who was previously assigned to represent the United States

26 | in this case.  The Clerk is requested to change the docket sheet and other Court records to reflect

27 | that all future Orders and communications from the Court will be directed to AUSA Helou at the

28 | above mailing address, telephone number, facsimile number, and e-mail address.

CR 07-70649-MAG
NOT. SUBSTITUTION COUNSEL         1

1 | Please also take notice that, from the date of this request, service on the United States of
2 | America should be made on AUSA Helou only. Please amend your service lists accordingly.

4 | DATED: November 7, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


          /S/ Tarek Helou
TAREK HELOU
Assistant United States Attorney

CR 07-70649-MAG
NOT. SUBSTITUTION COUNSEL         2