SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 07-70649 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| FRANCISCO ACOSTA-ROJAS, a/k/a Francisco Rojas-Acosta, a/k/a Ruben Carrillo, | ) ) ) ) | |
| Defendant. | ) ) | |

    On November 5, 2007, the parties in this case appeared before the Court and stipulated that time from October 31, 2007 through November 19, 2007 should be excluded from Speedy Trial Act calculations because defense counsel will be out of town during the week of November 12 and needs adequate time to prepare for this case, including to meet with his client.  Additionally, defense counsel will need adequate time to review discovery, which the government produced recently.  The parties represented to the Court that the length of the requested continuance was

Stipulation and [Proposed] Order Excluding Time
CR 07-70649    1

1  the reasonable amount of time necessary for effective preparation of defense counsel, taking into
2  account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed
3  that the ends of justice served by this continuance outweighed the best interests of the public and
4  the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6  SO STIPULATED:

                                              SCOTT N. SCHOOLS
                                              United States Attorney

10 DATED: November 9, 2007                              /s/
                                              TAREK J. HELOU
11                                            Assistant United States Attorney

13 DATED: November 9, 2007                              /s/
                                              RONALD TYLER
14                                            Attorney for Defendant Francisco Acosta-Rojas

16    As the Court found on November 5, 2007, and for the reasons stated above, the Court finds
17 that the ends of justice served by the requested continuance outweigh the best interests of the
18 public and the defendant in a speedy trial. The Court also finds that time from October 31, 2007
19 through November 19, 2007 shall be excluded from Speedy Trial Act calculations for effective
20 preparation of defense counsel. 18 U.S.C. §3161 (h)(8)(A). Failing to grant the requested
21 continuance would deny counsel reasonable time necessary for effective preparation, taking into
22 account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C.
23 §3161(h)(8)(B)(iv).

25 SO ORDERED.

27 DATED:_____
                                              _____
                                              THE HONORABLE BERNARD ZIMMERMAN
28                                            United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time
CR 07-70649                                                                                    2