SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:    (415) 436-7071
   Facsimile:    (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-70649 |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| FRANCISCO ACOSTA-ROJAS,<br>   a/k/a Francisco Rojas-Acosta,<br>   a/k/a Ruben Carrillo, | |
|    Defendant. | |

    On November 5, 2007, the parties in this case appeared before the Court and stipulated that time from October 31, 2007 through November 19, 2007 should be excluded from Speedy Trial Act calculations because defense counsel will be out of town during the week of November 12 and needs adequate time to prepare for this case, including to meet with his client. Additionally, defense counsel will need adequate time to review discovery, which the government produced recently. The parties represented to the Court that the length of the requested continuance was

1   the reasonable amount of time necessary for effective preparation of defense counsel, taking into
2   account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed
3   that the ends of justice served by this continuance outweighed the best interests of the public and
4   the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6   SO STIPULATED:

                                              SCOTT N. SCHOOLS
                                              United States Attorney

10  DATED: November 9, 2007             _____/s/_____
                                              TAREK J. HELOU
                                              Assistant United States Attorney

13  DATED: November 9, 2007             _____/s/_____
                                              RONALD TYLER
                                              Attorney for Defendant Francisco Acosta-Rojas

16       As the Court found on November 5, 2007, and for the reasons stated above, the Court finds
17  that the ends of justice served by the requested continuance outweigh the best interests of the
18  public and the defendant in a speedy trial. The Court also finds that time from October 31, 2007
19  through November 19, 2007 shall be excluded from Speedy Trial Act calculations for effective
20  preparation of defense counsel. 18 U.S.C. §3161 (h)(8)(A). Failing to grant the requested
21  continuance would deny counsel reasonable time necessary for effective preparation, taking into
22  account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C.
23  §3161(h)(8)(B)(iv).

25  SO ORDERED.

27  DATED: November 9, 2007            _____
                                              THE HONORABLE
28                                            United States [Judge Bernard Zimmerman]

*IT IS SO ORDERED — Judge Bernard Zimmerman*

Stipulation and [Proposed] Order Excluding Time
CR 07-70649                                                                                    2